

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

CRAIG HANLON
*Assistant Corporation Counsel*
Tel.: (212) 788-1580
Fax: (212) 788-9776

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/07

## MEMO ENDORSED

November 7, 2007

**BY HAND**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



Application granted
So Ordered
/s/ [signature]
USDJ  11-9-07

RECEIVED
NOV 09 2007
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

Re: <u>Spivey, et al. v. City of New York, et al.</u>, 07 CV 9365 (PKC)

Your Honor:

    I am the Assistant Corporation Counsel assigned to the defense of this matter on behalf of the City of New York. In their complaint, plaintiffs Randy Spivey and Anthony Lawrence allege that New York City Police Officers unlawfully arrested and assaulted them and subjected them to unconstitutional public strip searches. Defendant requests that its time to answer, move or otherwise respond to the complaint be extended from the current due date of November 8, 2007 to January 7, 2008. We contacted plaintiff's counsel today and she consents to this request.

    There are several reasons for seeking an enlargement of time. In accordance with this office's obligations under Rule 11 of the Federal Rules of Civil Procedure, we need this additional time to investigate the allegations of the complaint. It is our understanding that the records of the underlying criminal action, including police records, may have been sealed pursuant to New York Criminal Procedure Law section 160.50. Therefore, this office is in the process of forwarding to plaintiffs for execution a consent and authorization for the release of sealed records so that defendant can access the information, properly assess the case, and respond to the complaint. Furthermore, because plaintiffs have alleged injuries as a result of the events complained of, this office is in the process of forwarding to plaintiffs for execution a consent and authorization for the release of medical records, limited, at this juncture, to medical records concerning treatment received as a result of the alleged incident, so that defendant can properly assess the case and respond to the complaint.

- 2 -

No previous request for an extension has been made by defendant. Thank you for your consideration of this request.

Respectfully submitted,

Craig Hanlon (CH 5679)
Assistant Corporation Counsel
Special Federal Litigation Division

CC: Izabel Olszowa Garcia, Esq.
Attorney for Plaintiffs
26 Court Street, Suite 1815
Brooklyn, New York 11242