UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

RANDY SPIVEY and ANTHONY LAWRENCE,

           Plaintiffs,

-against-

THE CITY OF NEW YORK, and JOHN DOES 1 – 6,
(representing unidentified police officers, sued individually and
in their official capacities),

           Defendants.
------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 CV 9365 (PKC)

   **PLEASE TAKE NOTICE** that **Craig Hanlon**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York, effective November 9, 2007.

Dated: New York, New York
    December 3, 2007

          MICHAEL A. CARDOZO
         Corporation Counsel, City of New York
         Attorney for Defendant City of New York
         100 Church Street, Room 3-198
         New York, New York 10007
         (212) 788-1580

         By: _____
           Craig Hanlon (CH 5679)
           Assistant Corporation Counsel
           Special Federal Litigation Division

To: Izabal Olszowa Garcia, Esq.
   26 Court Street
   Suite 1815
   Brooklyn, NY 11242

Index No. 07 CV 9365 (PKC)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RANDY SPIVEY and ANTHONY LAWRENCE,

Plaintiffs,

-against-

THE CITY OF NEW YORK, and JOHN DOES 1 – 6, (representing unidentified police officers, sued individually and in their official capacities),

Defendants.

**NOTICE OF APPEARANCE**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendant*

*100 Church Street*
*New York, N.Y. 10007*
*Of Counsel: Craig Hanlon*

*Tel: (212) 788-1580*
*NYCLIS No.*

*Due and timely service is hereby admitted.*

*New York, N.Y. ..............................................,2007*

*........................................................................... Esq.*

*Attorney for City of New York*