


| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | CRAIG HANLON<br>*Assistant Corporation Counsel*<br>Tel.: (212) 788-1580<br>Fax: (212) 788-9776 |
|---|---|---|

# MEMO ENDORSED

December [illegible], 2007

**BY HAND**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Spivey, et al. v. City of New York, et al.</u>, 07 CV 9365 (PKC)

Your Honor:

    I am the Assistant Corporation Counsel assigned to the defense of this matter on behalf of the City of New York. In their complaint, plaintiffs Randy Spivey and Anthony Lawrence allege that New York City Police Officers unlawfully arrested and assaulted them and subjected them to unconstitutional public strip searches. On behalf of both parties, I write to respectfully request that the Initial Conference, currently scheduled for Friday, December 7, 2007, at 3:00 p.m., be rescheduled for a date after the date on which the Answer is due, which is January 7, 2008.[1] The reason for this request is so that defendants will have time to investigate the allegations of the complaint and be prepared for the Initial Conference.

    No previous request for an extension has been made by defendant. Thank you for your consideration of this request.

Respectfully submitted,

Craig Hanlon (CH 5679)
Assistant Corporation Counsel
Special Federal Litigation Division

CC: Izabel Olszowa Garcia, Esq.
      Attorney for Plaintiffs
      26 Court Street, Suite 1815
      Brooklyn, New York 11242

*Application granted. Conference [adjourned] from December 7 to January 16, 2008 at 10:00 a.m. SO ORDERED. /s/ 12-4-07*

---

[1] On November 9, 2007, Your Honor granted our application for an enlargement of time to respond to the Complaint, extending the time from November 8, 2007 to January 7, 2008.