**MEMO ENDORSED**



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET, Rm. 3-193
NEW YORK, NY 10007

ARTHUR G. LARKIN
Senior Counsel
Phone: (212) 788-1599
Fax: (212) 788-9776
alarkin@law.nyc.gov

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/08
```

January 7, 2008

**BY FACSIMILE # (212) 805-7949**

Hon. P. Kevin Castel
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:   Randy Spivey v. City of New York, et al., 07-CV-9365 (KPC) (PKC)

*Application granted. SO ORDERED. PKC USDJ 1-7-08*

*OK*

Your Honor:

The undersigned is a Senior Counsel at the New York City Law Department, and I am also the supervising attorney assigned to the defense of this matter. Defendants respectfully request an additional thirty (30) days from today, Jan. 7, 2008, to Feb. 8, 2008, in which to answer, move or otherwise respond to the complaint. Plaintiffs' counsel consents to this request. This is the second request for an extension, the first having been granted by Your Honor on Nov. 9, 2007. The reason for this request is that on Friday, the undersigned learned that the attorney assigned primary responsibility for this matter, Craig A. Hanlon, Esq., will be out of the office indefinitely for medical reasons. Unfortunately, these circumstances were not foreseeable until now. We respectfully request the additional time in order to permit reassignment of the instant matter, so that the new attorney may familiarize himself/herself with the file.

Respectfully submitted,

Arthur G. Larkin
Senior Counsel

AGL/m
cc:   Izabel Olszowa Garcia (by facsimile)