UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

RANDY SPIVEY AND ANTHONY LAWRENCE,

                                          Plaintiffs,

-against-

THE CITY OF NEW YORK AND JOHN DOE # 1-6
(representing unidentified police officer),

                                          Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 Civ 9365 (PKC)

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:       New York, New York
                January 14, 2008

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel of the
                                            City of New York
                                          *Attorney for Defendants*
                                          100 Church Street
                                          New York, New York 10007
                                          (212) 788-0786

                                  By: _____/s/_____
                                          Michael K. Gertzer

TO:    Izabel Olszawa Garcia (by ECF)