**MEMO ENDORSED**



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

MICHAEL K. GERTZER
*Assistant Corporation Counsel*
Tel.: (212) 788-0786
Fax: (212) 788-9776

April 30, 2008

**BY HAND**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



RECEIVED
MAY 0 1 2008
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

Re: Spivey, et al. v. City of New York, et al., 07 CV 9365 (PKC)

Your Honor:

      I am the Assistant Corporation Counsel assigned to the defense of this matter on behalf of defendant City of New York.

      Pursuant to your Honor's order of April 18, 2008, I am in receipt of plaintiff's proposed First Amended Complaint. Please be advised that defendant City of New York does not object to the filing of this Complaint, but reserves all rights, defenses and other objections for the appropriate time. Plaintiff was advised of defendant's position on April 28, 2008.

*Leave to file amended complaint is granted. So ordered. [signature] 5-1-08*

Respectfully submitted,

Michael K. Gertzer
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Izabel Olszowa Garcia, Esq.
Attorney for Plaintiffs
26 Court Street, Suite 1815
Brooklyn, New York 11242 (by facsimile)