UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SPIVEY and LAWRENCE :
:
:
Plaintiff(s), :
:
- against - :
:
The CITY OF NEW YORK :
:
:
Defendant(s). :
:
------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08
```

07 Civ. 9365 (PKC)

REVISED CIVIL CASE MANAGEMENT
PLAN AND SCHEDULING ORDER

The Civil Case Management Plan and Scheduling Order is modified as follows:

1. The date in paragraph 5 thereof for the completion of all <u>fact</u> discovery is extended to _September 30, 2008_.

2. The date in paragraph 7 thereof for the completion of all <u>expert</u> discovery is extended to _November 3, 2008_.

3. Other directions to the parties:

4. The next Case Management Conference [the Final Pretrial Conference] will be held on _October 3, 2008_ at _2 pm_ ~~am/pm~~ Any conference scheduled for a date prior thereto is adjourned.

5. In all other respects the preexisting Civil Case Management Plan and Scheduling Order, except insofar as it may have been previously modified by Order of this Court, remain in full force and effect.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York

6-27-08