

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08

LAW OFFICE OF

IZABEL OLSZOWA GARCIA

26 COURT STREET, SUITE 1815
BROOKLYN, NEW YORK 11242
(718) 855-4835  (646) 239-4330
FACSIMILE (718) 624-4748

**MEMO ENDORSED**

July 14, 2008

BY HAND
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>Spivey and Lawrence v. City of New York, et al.</u>,
            07 CV 9365 (PKC)

Your Honor:

    I represent the plaintiffs in the above referenced matter. Plaintiffs seek leave to file a second amended complaint and join additional parties on or before July 22, 2008. As indicated at the last status conference of this matter, based on Mr. Lawrence's deposition and CCRB records, the parties have identified an additional officer who was involved in the incident. Assistant Corporation Counsel Michael Gertzer has reviewed the proposed second amended complaint and consents to this application.

                              Respectfully submitted,

                              Izabel Olszowa Garcia, Esq. (IG2844)

*[Handwritten endorsement: Leave to file second amended complaint granted provided it is filed within ten days. SO ORDERED. /s/ PKC USDJ 7-16-08]*

Enc.
cc:    <u>Via Facsimile</u>
       Michael Gertzer, Esq.
       Assistant Corporation Counsel
       The City of New York Law Department
       100 Church Street
       New York, NY 10007