UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

RANDY SPIVEY and ANTHONY LAWRENCE,

                                                                     Plaintiff,

-against-

THE CITY OF NEW YORK, SERGEANT RUBEN
DUQUE, Shield no. 1068, POLICE OFFICER
MICHAEL BRIGGS, Shield no. 1102, POLICE
OFFICER MIKE CIVIL, Shield no. 01816, and JOHN
DOES 1-5 (representing unidentified police officers,
sued individually and in their official capacities),

                                                                     Defendants.

**ECF CASE**

**AFFIDAVIT OF SERVICE**

07 CIV 9365 (PKC)(AJP)

--------------------------------------------------------------------------------x

STATE OF NEW YORK     )
                                  ) SS.:
COUNTY OF NEW KINGS   )

SHONDELL SIMON, being duly sworn, deposes and says deponent is not a party to this action, deponent is over the age of eighteen years, and resides in the State of New York.

That on July 29, 2008 at approximately 10:30 AM at

NYPD, 76th Precinct
191 Union Street
Brooklyn, New York 11231

Deponent served the within SUMMONS AND SECOND AMENDED COMPLAINT on POLICE OFFICER MIKE CIVIL, Shield No. 01816, by delivering a true copy of each to LIEUTENANT DRIVICK, Tax I.D. No. 888663, a person of suitable age and discretion. The aforesaid location is defendant's place of employment within the state.

Deponent further states that she describes the person actually served as follows:
Male, White, approximately forty-five (45) years old, light brown hair, height approximately 5'10", weight approximately 160 lbs.

That deponent deposited true copies thereof enclosed in a post paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State on July 29, 2008, by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL, addressed to the following person at his last known address:

1

Police Officer Mike Civil
Shield No. 01816
NYPD, 76th Precinct
191 Union Street
Brooklyn, New York 11231

*[signature]*
SHONDELL SIMON

Sworn to before me this
29th day of July, 2008

*[signature]*
NOTARY PUBLIC

IZABEL OLSZOWA GARCIA
Notary Public, State Of New York
No. 02GA6087684
Qualified In Kings County
Commission Expires 2/24/2011